**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 266 MAL 2014
                                                         :
                          Respondent          :
                                                         : Petition for Allowance of Appeal from the
                                                         : Order of the Superior Court
                          v.                         :
                                                         :
                                                         :
                                                         :
SILVERIO CRUZ-COSME,                    :
                                                         :
                          Petitioner             :


## ORDER


**PER CURIAM**

      **AND NOW**, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.